# EXHIBIT B

IN THE DISTRICT COURT OF EL PASO, COUNTY, TEXAS
34th JUDICIAL DISTRICT COURT

| | | |
|---|---|---|
| MARIA FONSECA, | } | |
| Plaintiff, | } | |
| v. | } | CAUSE NO. 2020DCV3880 |
| WILLIAM DOUGLAS ORONA and ELITE POWER AND RECOVERY, INC., | } | |
| | } | |
| Defendants. | | |

## PLAINTIFF'S FIRST AMENDED PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES, MARIA FONSECA** hereinafter called Plaintiff, complaining of and about WILLIAM

DOUGLAS ORONA and ELITE POWER AND RECOVERY, INC. hereinafter called Defendants, and for

cause of action shows unto the Court the following:

### DISCOVERY CONTROL PLAN LEVEL

1.      Plaintiff intends that discovery be conducted under Discovery Level 2.

### PARTIES AND SERVICE

2.      Plaintiff is a resident of the State of Texas.

3.      Defendant, WILLIAM DOUGLAS ORONA is a resident of the State of New Mexico.

Service of process is not necessary at this time.

4.      Defendant, ELITE POWER AND RECOVERY, INC. is a business of the State of New

Mexico.  Service of process is not necessary at this time.

**JURISDICTION AND VENUE**

5.      The subject matter in controversy is within the jurisdictional limits of this court.

6.      This court has jurisdiction over the parties because the incident occurred in El Paso County, Texas.

**FACTS**

7.      This lawsuit results from an automobile accident that occurred on July 18, 2019, in El Paso, County Texas.  Plaintiff, MARIA FONSECA was the operator of a motor vehicle in El Paso County, Texas, in a reasonable and prudent manner, exercising ordinary care for her safety, and the safety of others when Plaintiff, was struck by a vehicle which was operated by Defendant, WILLIAM DOUGLAS ORONA.  The collision, which was proximately caused by Defendant's negligence, occurred as follows:  The accident occurred in 1800 Joe Battle Blvd. which is Northbound traffic and intersects into 12200 Windermere. Plaintiff was traveling northbound on Joe Battle Blvd. and Defendant was exiting Windermere and entering the mentioned lanes on Joe Battle. Defendant, WILLIAM DOUGLAS ORONA failed to yield the right of way to oncoming traffic colliding with Plaintiff's vehicle causing the collision in question. As a result of the negligent conduct of Defendant and the resulting collision, Plaintiff sustained substantial physical injuries to Plaintiff's person.

**PLAINTIFF'S CLAIM OF NEGLIGENCE
AGAINST DEFENDANT WILLIAM DOUGLAS ORONA**

8.      Defendant, WILLIAM DOUGLAS ORONA, had a duty to exercise the degree of care that a reasonably and careful person would use to avoid harm to others under circumstances similar to those described herein.

9.      Plaintiff's injuries were proximately caused by Defendant's negligent, careless and reckless disregard of said duty.

10.     The negligent, careless and reckless disregard of duty of Defendant, WILLIAM DOUGLAS ORONA consisted of, but is not limited to, the following acts and omissions:

A.     In that Defendant failed to keep a proper lookout for Plaintiff's safety that would have been maintained by a person of ordinary prudence under the same or similar circumstances;

B.     In that Defendant failed to yield as a person of prudent care would have done;

C.     In that Defendant failed to stop his motor vehicle in an effort to avoid the incident complained of;

D.     In that Defendant failed to enter into the lane only when he could have safely entered without interference or collision with other traffic, and specifically, with Plaintiff's motor vehicle.

### NEGLIGENT ENTRUSTEMENT BY DEFENDANT
### ELITE POWER AND RECOVERY, INC.

11.     Defendant, ELITE POWER AND RECOVERY, INC. had a duty to exercise ordinary care in the training and supervision of its employees.  It breached this duty by failing to exercise such care and failing to adequately train and supervise its employees.  Further, Defendant, ELITE POWER AND RECOVERY, INC. was the owner of the 2006 International S-Series driven by WILLIAM DOUGLAS ORONA on the day of the incident with Plaintiff.  Defendant entrusted the vehicle to WILLIAM DOUGLAS ORONA when they knew or should have known that WILLIAM DOUGLAS ORONA was an incompetent or reckless driver.  On this particular occasion WILLIAM DOUGLAS ORONA was in fact negligent in causing the collision with Plaintiff's vehicle.  Defendant, ELITE POWER AND RECOVERY, INC. had a duty to exercise ordinary care in the training and supervision of its employees.  Defendant, ELITE POWER AND RECOVERY, INC. negligent training, supervision, and entrustment proximately caused the injuries and damages made the subject of this lawsuit.

## CAUSE OF ACTION – RESPONDEAT SUPERIOR

12.     At the time of the occurrence in question and immediately prior thereto, Defendant,

WILLIAM DOUGLAS ORONA, was operating said vehicle within the course and scope of his agency and/or

employment for ELITE POWER AND RECOVERY, INC. Plaintiff therefore invokes the doctrine of

Respondeat Superior.

## DAMAGES FOR MARIA FONSECA

13.     As a direct and proximate result of the occurrence made the basis of this lawsuit, MARIA

FONSECA was caused to suffer injuries to her head, neck, back, shoulder and body as a whole, and to

incur the following damages:

**A.      Reasonable medical care and expenses in the past in the amount of $55,685.38. These expenses were incurred by Plaintiff for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in El Paso County, Texas;**

**B.      Physical pain and suffering in the past in the amount of $100,000.00;**

**C.      Physical pain and suffering in the future in the amount of $75,000.00;**

**D.      Physical impairment in the past in the amount of $85,000.00;**

**E.      Physical impairment which, in all reasonable probability, will be suffered in the future in the amount of $85,000.00;**

**F.      Mental anguish in the past in the amount of $85,000.00;**

**G.      Mental anguish in the future in the amount of $85,000.00;**

**H.      Lost wages in the amount of $8,000.00**

**I.      Lost earnings and earning capacity in the future in the amount of $200,000.00.**

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, **MARIA FONSECA** respectfully prays that the

Defendant be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be

entered for the Plaintiff against Defendant, jointly and severally, for damages listed above, together with

pre-judgment interest from the date of injury through the date of judgment at the maximum rate allowed by

law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the

Plaintiff may be entitled at law or in equity.

Respectfully submitted,

THE ENRIQUEZ LAW FIRM, PLLC
1212 Montana Avenue
El Paso, Texas 79902
(915) 351.4331
(915) 351.4339 Facsimile No.

BY:     HUMBERTO S. ENRIQUEZ
        Attorney for Plaintiff
        State Bar No.  00784019

## CERTIFICATE OF SERVICE

In compliance with Texas Rule of Civil Procedure 21 a (e), I, Humberto S. Enriquez, certify that on this _15_ day of February, 2021, a true and correct copy of the foregoing document filed electronically with the clerk of the court in accordance with Texas Rule of Civil Procedure 21 (f)(1), is served on the party or attorney electronically pursuant to Texas Rule of Civil Procedure 21a (a)(1), or if the email address of the party or attorney is not on file with the electronic filing manager then service is accomplished pursuant to Texas Rule of Civil Procedure 21a (a)(2).

The Following parties or attorney(s) are served with the foregoing document:

**Darryl S. Vereen**
**Michelle Esoarza**
**Mounce, Green, Myers, Safi, Paxson & Galatzan**
**PO Box 1977**
**El Paso, Texas 79999-1977**
vereen@mgmsg.com
esparza@mgmsg.com

HUMBERTO S. ENRIQUEZ
Attorney for Plaintiff

Norma Favela Barceleau
District Clerk
El Paso County
2020DCV3880

IN THE DISTRICT COURT OF EL PASO COUNTY, TEXAS

34TH JUDICIAL DISTRICT

| | | |
|---|---|---|
| MARIA FONSECA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Cause No. 2020-DCV3880 |
| | § | |
| WILLIAM DOUGLAS ORONA, and | § | |
| ELITE POWER AND RECOVERY, INC., | § | |
| | § | |
| Defendants. | § | |

## DEFENDANT ELITE POWER AND RECOVERY, INC.'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW** ELITE POWER AND RECOVERY, INC., a Defendant in the above-entitled and numbered cause, and files its Original Answer in reply to the Plaintiff's Original Petition, and for answer says:

### I.

Pursuant to Tex. R. Civ. P. 92, Defendant enters its general denial as to Plaintiff's Original Petition and demands strict proof thereof.

### II.

Defendant would show that Plaintiff's own contributory negligence and/or negligence *per se* was the proximate cause, sole proximate cause, or a new and independent cause of the occurrence in question, and all of Plaintiff's alleged damages and injuries, if any.

### III.

With regard to any allegations of negligence *per se*, Defendant would show that its alleged acts or omissions, or that of the Defendant driver, if any, were excused, as that term is defined and understood by law.

005277/00167/DVER/1567719

IV.

Defendant would show that all or part of Plaintiff's claims are barred by Tex. Civ. Prac. & Rem. Code Ann. §41.0105 since Plaintiff may only recover medical expenses actually paid or incurred.

V.

Defendant would show that all or part of Plaintiff's alleged claims are barred by Tex. Civ. Prac. & Rem. Code Ann. § 18.091, since any evidence of wages or economic damages must be presented in an after-tax format.

VII.

Defendant would show that Plaintiff has failed to mitigate her alleged damages and injuries, if any, as that term is defined and understood by law.

VIII.

Defendant would show that Plaintiff's claims for independent negligence against this Defendant are moot, as that term is defined and understood by law.

IX.

Defendant requests trial by jury and reserves the right to amend.

**WHEREFORE, PREMISES CONSIDERED,** Defendant prays that upon final hearing that it be discharged and allowed to go hence without day and with its costs and that the Court grant Defendant such other and further relief, general or special, legal or equitable, to which Defendant may be justly entitled.

2

Respectfully submitted,

**MOUNCE, GREEN, MYERS
SAFI, PAXSON & GALATZAN, P.C.**
P.O. Drawer 1977
El Paso, Texas   79999-1977
Phone:   (915) 532-2000
Fax:       (915) 541-1597
E-Mail:   vereen@mgmsg.com
E-Mail:   esparza@msmsg.com

By: _____

**Darryl S. Vereen**
State Bar No. 00785148
**Michelle Esparza**
State Bar No. 24116329

Attorneys for Defendants


## CERTIFICATE OF SERVICE

In compliance with Texas Rule of Civil Procedure 21a (e), I, **Darryl S. Vereen**, hereby certify that on the ___6___ day of December, 2020, a true and correct copy of the foregoing document filed electronically with the clerk of the court in accordance with Texas Rule of Civil Procedure 21a (f)(1) is served on the following parties or attorney(s): Humberto S. Enriquez, Esq., enriquezlawfirm@sbcglobal.net, 1212 Montana Avenue, El Paso, Texas 79902.

_____

**Darryl S. Vereen**

005277/00167/DVER/1567719

Norma Favela Barceleau
District Clerk
El Paso County
2020DCV3880

IN THE DISTRICT COURT OF EL PASO COUNTY, TEXAS

34TH JUDICIAL DISTRICT

| | | |
|---|---|---|
| MARIA FONSECA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Cause No. 2020-DCV3880 |
| | § | |
| WILLIAM DOUGLAS ORONA, and | § | |
| ELITE POWER AND RECOVERY, INC., | § | |
| | § | |
| Defendants. | § | |

## **DEFENDANT WILLIAM DOUGLAS ORONA'S ORIGINAL ANSWER**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW WILLIAM DOUGLAS ORONA, a Defendant in the above-entitled and numbered cause, and files his Original Answer in reply to the Plaintiff's Original Petition, and for answer says:

### I.

Pursuant to Tex. R. Civ. P. 92, Defendant enters his general denial as to Plaintiff's Original Petition and demands strict proof thereof.

### II.

Defendant would show that Plaintiff's own contributory negligence and/or negligence *per se* was the proximate cause, sole proximate cause, or a new and independent cause of the occurrence in question, and all of Plaintiff's alleged damages and injuries, if any.

### III.

With regard to any allegations of negligence *per se*, Defendant would show that his alleged acts or omissions, if any, were excused, as that term is defined and understood by law.

IV.

Defendant would show that all or part of Plaintiff's claims are barred by Tex. Civ. Prac. & Rem. Code Ann. §41.0105 since Plaintiff may only recover medical expenses actually paid or incurred.

V.

Defendant would show that all or part of Plaintiff's alleged claims are barred by Tex. Civ. Prac. & Rem. Code Ann. § 18.091, since any evidence of wages or economic damages must be presented in an after-tax format.

VII.

Defendant would show that Plaintiff has failed to mitigate her alleged damages and injuries, if any, as that term is defined and understood by law.

VIII.

Defendant requests trial by jury and reserves the right to amend.

**WHEREFORE, PREMISES CONSIDERED,** Defendant prays that upon final hearing that he be discharged and allowed to go hence without day and with its costs and that the Court grant Defendant such other and further relief, general or special, legal or equitable, to which Defendant may be justly entitled.

2

Respectfully submitted,

**MOUNCE, GREEN, MYERS
SAFI, PAXSON & GALATZAN, P.C.**
P.O. Drawer 1977
El Paso, Texas   79999-1977
Phone:   (915) 532-2000
Fax:       (915) 541-1597
E-Mail:   vereen@mgmsg.com
E-Mail:   esparza@msmsg.com

By: _____

**Darryl S. Vereen**
State Bar No. 00785148
**Michelle Esparza**
State Bar No. 24116329

Attorneys for Defendants

## CERTIFICATE OF SERVICE

In compliance with Texas Rule of Civil Procedure 21a (e), I, **Darryl S. Vereen**, hereby certify that on the ____ day of December, 2020, a true and correct copy of the foregoing document filed electronically with the clerk of the court in accordance with Texas Rule of Civil Procedure 21a (f)(1) is served on the following parties or attorney(s): Humberto S. Enriquez, Esq., enriquezlawfirm@sbcglobal.net, 1212 Montana Avenue, El Paso, Texas 79902.

**Darryl S. Vereen**

005277/00167/DVER/1567713

IN THE DISTRICT COURT OF EL PASO COUNTY, TEXAS

34TH JUDICIAL DISTRICT

| | | |
|---|---|---|
| MARIA FONSECA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Cause No. 2020-DCV3880 |
| | § | |
| WILLIAM DOUGLAS ORONA, and | § | |
| ELITE POWER AND RECOVERY, INC., | § | |
| | § | |
| Defendants. | § | |

## CERTIFICATE OF WRITTEN DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

    **COMES NOW** ELITE POWER AND RECOVERY, INC., a Defendant in the above-entitled and numbered cause, and submits its Certificate of Written Discovery regarding the following written discovery requests:

    1.    Defendant Elite Power and Recovery Inc.'s Interrogatories and Request for Production to Plaintiff;

    2.    Defendant Elite Power and Recovery Inc.'s Request for Disclosure to Plaintiff; and

    3.    Defendants' First Requests for Admission to Plaintiff.

    **WHEREFORE PREMISES CONSIDERED**, Defendant respectfully prays that the Court and all parties take notice of the above and foregoing Certificate, and service of the above-referenced discovery requests, and that the Court grant Defendant such other and further relief, general or special, legal or equitable, to which Defendant may be justly entitled.

Respectfully submitted,

**MOUNCE, GREEN, MYERS**
**SAFI, PAXSON & GALATZAN, P.C.**
P.O. Box 1977
El Paso, Texas 79999-1977
Phone:  (915) 532-2000
Fax:    (915) 541-1597
E-Mail:  vereen@mgmsg.com
E-Mail:  esparza@msmsg.com

By:  _____

**Darryl S. Vereen**
State Bar No. 00785148
**Michelle D. Esparza**
State Bar No. 24116329

Attorneys for Defendants

## CERTIFICATE OF SERVICE

In compliance with Texas Rule of Civil Procedure 21a (e), I, **Darryl S. Vereen**, hereby certify that on the ____ day of January, 2021, a true and correct copy of the foregoing document filed electronically with the clerk of the court in accordance with Texas Rule of Civil Procedure 21a (f)(1) is served on the following parties or attorney(s): Humberto S. Enriquez, Esq., enriquezlawfirm@sbcglobal.net, 1212 Montana Avenue, El Paso, Texas 79902.

_____

**Darryl S. Vereen**

2

Filed on December 8, 2020
1:17 PM
Norma Favela Barceleau
District Clerk
El Paso County, Texas
Cables, Veronica

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO:    **ELITE POWER AND RECOVERY, INC.,** which may be served with process **by serving its registered agent, MICHAEL J. MERRELL, at 1773 PALI DR., EL PASO, TX 79936** or wherever he/she may be found

Greetings:

You are hereby commanded to appear by filing a written answer to the **Plaintiff's Original Petition** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **34th Judicial District Court,** El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on the 3rd day of December, 2020 by Attorney at Law, HUMBERTO S. ENRIQUEZ, 1212 MONTANA, EL PASO, TX 79902, in this case numbered **2020DCV3880** on the docket of said court, and styled:

**MARIA FONSECA**
**VS**
**WILLIAM DOUGLAS ORONA AND ELITE POWER AND RECOVERY, INC.**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the **Plaintiff's Original Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on the 8th day of December, 2020.

CLERK OF THE COURT

**NORMA FAVELA BARCELEAU**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso, Texas 79901

Attest:   NORMA FAVELA BARCELEAU   District Clerk
El Paso County, Texas

By:_____, Deputy
Veronica Cables

Rule 106: "-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the date of delivery endorsed thereon and with a copy of the petition attached thereto."

**RETURN**

Came on hand on _____ day of _____, 20_____, at _____ o'clock _____M., and executed in _____ County, Texas, by delivering to each of the within-named defendants, in person, a true copy of this Citation, having first endorsed thereon the date of delivery, together with the accompanying true and correct copy of the **Plaintiff's Original Petition**, at the following times and places, to-wit:

| NAME | DATE | | | TIME | | | Place, and Course and Distance |
|---|---|---|---|---|---|---|---|
| | MONTH | DAY | YEAR | Hour | Min. | _____.M. | From Court House |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

And not executed as to the defendant, _____

_____

The diligence used in finding said defendant, being_____

And the cause of failure to execute this process is: _____

And the information received as to the whereabouts of the said defendant, being _____

FEES—SERVING _____ copy _____ $ _____   _____ Sheriff

_____   _____ County, Texas

Total _____ $ _____   by _____, Deputy

## CERTIFICATE OF DELIVERY

I do hereby certify that I delivered to _____,

_____ on the _____ day of _____,

20_____, at _____o'clock _____m. this copy of this instrument.

_____, Sheriff/Agent

_____ County, Texas

By _____, Deputy/Agent

**SUBSCRIBED AND SWORN TO BEFORE ME ON THE _____ DAY OF _____, 20_____.**

**(SEAL)**

_____

**NOTARY PUBLIC, STATE OF TEXAS**

*Rasberry & Associates Litigation Support*
*201 East Main Street, Suite 1616 – El Paso, Texas 79901*
*www.rasberry.com*
*915-533-1199*


*December 4, 2020*


*Re: Maria Fonseca vs. William Douglas Orona, et al*

*Cause:  2020DCV3880*

*Please issue citation for personal service on defendant Elite Power and Recovery, Inc. by delivering to its authorized registered agent or representative, Michael J. Merrell @ 1773 Pali Drive, El Paso, TX 79936.*

*The Plaintiff's Original Petition was filed on 12-03-2018.  Please email the completed citation to my email address:* *billing@rasberry.com*


*Thank you,*

*Roberta Medina*

El Paso County - 34th District Court

Filed 12/3/2020 4:42 PM
Norma Favela Barceleau
District Clerk
El Paso County
2020DCV3880

IN THE COUNTY COURT AT LAW NUMBER _____

_____ JUDICIAL DISTRICT COURT

EL PASO COUNTY, TEXAS

| | | |
|---|---|---|
| MARIA FONSECA, | } | |
| Plaintiff, | } | |
| v. | } | CAUSE NO. 2020-_____ |
| WILLIAM DOUGLAS ORONA and | } | |
| ELITE POWER AND RECOVERY, INC., | } | |
| Defendants. | } | |

## PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES, MARIA FONSECA** hereinafter called Plaintiff, complaining of and about WILLIAM DOUGLAS ORONA and ELITE POWER AND RECOVERY, INC. hereinafter called Defendants, and for cause of action shows unto the Court the following:

### DISCOVERY CONTROL PLAN LEVEL

1.      Plaintiff intends that discovery be conducted under Discovery Level 2.

### PARTIES AND SERVICE

2.      Plaintiff is a resident of the State of Texas.

3.      Defendant, WILLIAM DOUGLAS ORONA is a resident of the State of New Mexico.  Said Defendant may be served with process at the following address: 1805 N. Mesa Road, Belen, New Mexico, 87002.

4.      Defendant, ELITE POWER AND RECOVERY, INC. is a business of the State of New Mexico.  It may be served by serving any of its authorized representatives or its registered agent Michael J. Merrell, 1773 Pali Drive, El Paso, Texas 79936.

*Rasberry & Associates Litigation Support*
*201 East Main Street, Suite 1616 – El Paso, Texas 79901*
*www.rasberry.com*
*915-533-1199*

December 4, 2020

Re: *Maria Fonseca vs. William Douglas Orona, et al*

Cause: *2020DCV3880*

*Please issue citation for service by certified mail to defendant William Douglas Orona @ 1805 N. Mesa Road, Belen, New Mexico 87002 related to the Plaintiff's First Amended Petition filed on 12-03-2020.*
*Please email the completed citation to my email address:* *billing@rasberry.com*

*Thank you for your assistance,*

*Roberta Medina*

El Paso County - 34th District Court

Filed 12/3/2020 4:42 PM
Norma Favela Barceleau
District Clerk
El Paso County
2020DCV3880

IN THE COUNTY COURT AT LAW NUMBER _____
_____ JUDICIAL DISTRICT COURT
EL PASO COUNTY, TEXAS

| | | |
|---|---|---|
| MARIA FONSECA, | } | |
|     Plaintiff, | } | |
| v. | } | CAUSE NO. 2020-_____ |
| WILLIAM DOUGLAS ORONA and ELITE POWER AND RECOVERY, INC., | } | |
| | } | |
|     Defendants. | | |

## PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

    **NOW COMES, MARIA FONSECA** hereinafter called Plaintiff, complaining of and about WILLIAM DOUGLAS ORONA and ELITE POWER AND RECOVERY, INC. hereinafter called Defendants, and for cause of action shows unto the Court the following:

### DISCOVERY CONTROL PLAN LEVEL

    1.     Plaintiff intends that discovery be conducted under Discovery Level 2.

### PARTIES AND SERVICE

    2.     Plaintiff is a resident of the State of Texas.

    3.     Defendant, WILLIAM DOUGLAS ORONA is a resident of the State of New Mexico.  Said Defendant may be served with process at the following address: 1805 N. Mesa Road, Belen, New Mexico, 87002.

    4.     Defendant, ELITE POWER AND RECOVERY, INC. is a business of the State of New Mexico.  It may be served by serving any of its authorized representatives or its registered agent Michael J. Merrell, 1773 Pali Drive, El Paso, Texas 79936.

Norma Favela Barceleau
District Clerk
El Paso County
2020DCV3880

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO:   **WILLIAM DOUGLAS ORONA**, who may be served with process **at 1805 N. MESA RD., BELEN, NM 87002**

Greetings:

You are hereby commanded to appear by filing a written answer to the **Plaintiff's Original Petition** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **34th Judicial District Court**, El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on the 3rd day of December, 2020, by Attorney at Law HUMBERTO S. ENRIQUEZ, 1212 MONTANA, EL PASO, TX 79902 in this case numbered **2020DCV3880** on the docket of said court, and styled:

**MARIA FONSECA**
**VS**
**WILLIAM DOUGLAS ORONA AND ELITE POWER AND RECOVERY, INC.**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the **Plaintiff's Original Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on the 8th day of December, 2020.

Attest:  NORMA FAVELA BARCELEAU, District Clerk, El Paso County, Texas.

CLERK OF THE COURT
**NORMA FAVELA BARCELEAU**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso Texas, 79901

ATTACH
RETURN RECEIPTS
WITH
ADDRESSEE'S SIGNATURE

Rule 106 (a) (2) the citation shall be served by mailing to the defendant by Certified Mail Return receipt requested, a true copy of the citation. Sec. 17.027 Rules of Civil Practice and Remedies Code if not prepared by Clerk of Court.

| *NAME OF PREPARER | | TITLE | |
|---|---|---|---|
| ADDRESS | | | |
| CITY | STATE | | ZIP |

By _____ , Deputy
Veronica Cables

CERTIFICATE OF DELIVERY BY MAIL

I hereby certify that on the 11th day of December, 2020, at 5 pm I mailed to William Douglas Orona at 1805 N. Mesa Rd. Belen, NM, 87002 Defendant(s) by registered mail or certified mail with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the **Plaintiff's Original Petition** attached thereto.

_____ Yvonne Natividad
Process Server
TITLE

**RETURN OF SERVICE**

Delivery was completed on _December 14, 2020_, delivered to _William Douglas Orona_
+ 1805 N. Mesa Rd, Belen, NM, 87002 _____ as evidence by Domestic Return Receipt PS Form 3811
attached hereto.

        The described documents were not delivered to the named recipient. The certified mail envelope was returned
undelivered marked _____.

        This forwarding address was provided:_____

                              El Paso County, Texas

                   By:_____
                           Deputy District Clerk

                             OR

             Yvonne Natividad
                Name of Authorized Person

             By:_____

**VERIFICATION BY AUTHORIZED PERSON**

State of Texas

County of El Paso

        Before me, a notary public, on this day personally appeared _Yvonne Natividad_, known to me to be the person
whose name is subscribed to the foregoing Return of Service, and being by me first duly sworn, declared, "I am
disinterested party qualified to make an oath of that fact and statements contained in the Return of Service and true and
correct."

                       Subscribed and sworn to be on this _30_ day
                       of _December____ 2020_.

                       _____
                       Notary Public, State of _Texas_
                       My commission expires: 4/18/2021

                ROBERTA MEDINA
                Notary ID #12310395
               My Commission Expires
                Apr 18, 2021

# USPS Tracking®

Track Another



**Tracking Number:** 70191120000007050456

Your item was delivered to an individual at the address at 10:27 am on December 14, 2020 in BELEN, NM 87002.

## ✅ Delivered

December 14, 2020 at 10:27 am
Delivered, Left with Individual
BELEN, NM 87002

**Get Updates** ∨

Feedback

Text & Email Updat

Tracking History

Product Information

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=3&text28777=&tLabels=70191120000007050456%2C%2C          1/2

Filed on December 8, 2020 1:16PM

Norma Favela Barceleau
District Clerk
El Paso County, Texas
Cables, Veronica

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued.  You may employ an attorney.  If you, or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO:   **WILLIAM DOUGLAS ORONA**, who may be served with process **at 1805 N. MESA RD., BELEN, NM 87002**

Greetings:

You are hereby commanded to appear by filing a written answer to the **Plaintiff's Original Petition** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **34th Judicial District Court,** El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on the 3rd day of December, 2020, by Attorney at Law HUMBERTO S. ENRIQUEZ, 1212 MONTANA, EL PASO, TX 79902 in this case numbered **2020DCV3880** on the docket of said court, and styled:

**MARIA FONSECA**
**VS**
**WILLIAM DOUGLAS ORONA AND ELITE POWER AND RECOVERY, INC.**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the **Plaintiff's Original Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on the 8th day of December, 2020.

Attest:  NORMA FAVELA BARCELEAU, District Clerk, El Paso County, Texas.

CLERK OF THE COURT
**NORMA FAVELA BARCELEAU**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso Texas, 79901

ATTACH
RETURN RECEIPTS
WITH
ADDRESSEE'S SIGNATURE
Rule 106 (a) (2) the citation shall be served by mailing to the defendant by Certified Mail Return receipt requested, a true copy of the citation. Sec. 17.027 Rules of Civil Practice and Remedies Code if not prepared by Clerk of Court.

_____
*NAME OF PREPARER                         TITLE
_____
ADDRESS
_____
CITY                        STATE                ZIP

By _____, Deputy
Veronica Cables

CERTIFICATE OF DELIVERY BY MAIL

I hereby certify that on the _____ day of _____, 2020, at _____  I mailed to
_____
_____
Defendant(s) by registered mail or certified mail with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the **Plaintiff's Original Petition** attached thereto.

_____
_____
TITLE

**RETURN OF SERVICE**

Delivery was completed on _____, delivered to_____

_____ as evidence by Domestic Return Receipt PS Form 3811

attached hereto.

      The described documents were not delivered to the named recipient. The certified mail envelope was returned

undelivered marked _____.

      This forwarding address was provided:_____


                         El Paso County, Texas

By:_____

                    Deputy District Clerk

                            OR

_____

                   Name of Authorized Person

By:_____


**VERIFICATION BY AUTHORIZED PERSON**

State of Texas

County of El Paso

      Before me, a notary public, on this day personally appeared _____, known to me to be the person

whose name is subscribed to the foregoing Return of Service, and being by me first duly sworn, declared, "I am

disinterested party qualified to make an oath of that fact and statements contained in the Return of Service and true and

correct."

                        Subscribed and sworn to be on this _____ day

                        of _____, _____.


                        _____

                        Notary Public, State of _____

                        My commission expires:_____

CIVIL CASE INFORMATION SHEET

El Paso County - 34th District Court    Document 1-4    Filed 03/10/21    Page 27 of 35

3:21-cv-00057-DB    Filed 3/3/2020 4:42 PM
Norma Favela Barceleau
District Clerk
El Paso County
2020DCV3880

CAUSE NUMBER (FOR CLERK USE ONLY): _____

STYLED _____

(e.g., John Smith v All American Insurance Co, In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be be best available at the time of filing.

| 1. Contact information for person completing case information sheet: | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|
| **Name:** Humberto Enriquez  **Email:** enriquezlawfirm@hotmail **Address:** 1212 Montana Ave. **City/State/Zip:** El Paso, TX 79902 **Signature:** _(signature)_  **Telephone:** (915) 351-4331  **Fax:** (915) 351-4339  **State Bar No:** | **Plaintiff(s)/Petitioner(s):** Maria Fonseca   **Defendant(s)/Respondent(s):** William Douglas Ozona and Elite Power and Recovery, Inc.  [Attach additional page as necessary to list all parties] | ☑ Attorney for Plaintiff/Petitioner ☐ Pro Se Plaintiff/Petitioner ☐ Title IV-D Agency ☐ Other: _____  **Additional Parties in Child Support Case:**  Custodial Parent:  Non-Custodial Parent:  Presumed Father: |

**2. Indicate case type, or identify the most important issue in the case (select only 1):**

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract* ☐ Consumer/DTPA ☐ Debt/Contract ☐ Fraud/Misrepresentation ☐ Other Debt/Contract: ___ *Foreclosure* ☐ Home Equity—Expedited ☐ Other Foreclosure ☐ Franchise ☐ Insurance ☐ Landlord/Tenant ☐ Non-Competition ☐ Partnership ☐ Other Contract: ___ | ☐ Assault/Battery ☐ Construction ☐ Defamation *Malpractice* ☐ Accounting ☐ Legal ☐ Medical ☐ Other Professional Liability ☑ Motor Vehicle Accident ☐ Premises *Product Liability* ☐ Asbestos/Silica ☐ Other Product Liability List Product: ___ ☐ Other Injury or Damage: ___ | ☐ Eminent Domain/ Condemnation ☐ Partition ☐ Quiet Title ☐ Trespass to Try Title ☐ Other Property: ___  **Related to Criminal Matters** ☐ Expunction ☐ Judgment Nisi ☐ Non-Disclosure ☐ Seizure/Forfeiture ☐ Writ of Habeas Corpus— Pre-indictment ☐ Other: ___ | ☐ Annulment ☐ Declare Marriage Void *Divorce* ☐ With Children ☐ No Children    **Other Family Law** ☐ Enforce Foreign Judgment ☐ Habeas Corpus ☐ Name Change ☐ Protective Order ☐ Removal of Disabilities of Minority ☐ Other: ___ | ☐ Enforcement ☐ Modification—Custody ☐ Modification—Other  **Title IV-D** ☐ Enforcement/Modification ☐ Paternity ☐ Reciprocals (UIFSA) ☐ Support Order  **Parent-Child Relationship** ☐ Adoption/Adoption with Termination ☐ Child Protection ☐ Child Support ☐ Custody or Visitation ☐ Gestational Parenting ☐ Grandparent Access ☐ Parentage/Paternity ☐ Termination of Parental Rights ☐ Other Parent-Child: ___ |

| **Employment** | **Other Civil** | |
|---|---|---|
| ☐ Discrimination ☐ Retaliation ☐ Termination ☐ Workers' Compensation ☐ Other Employment: ___ | ☐ Administrative Appeal ☐ Antitrust/Unfair Competition ☐ Code Violations ☐ Foreign Judgment ☐ Intellectual Property | ☐ Lawyer Discipline ☐ Perpetuate Testimony ☐ Securities/Stock ☐ Tortious Interference ☐ Other: ___ |

| **Tax** | **Probate & Mental Health** | |
|---|---|---|
| ☐ Tax Appraisal ☐ Tax Delinquency ☐ Other Tax | *Probate/Wills/Intestate Administration* ☐ Dependent Administration ☐ Independent Administration ☐ Other Estate Proceedings | ☐ Guardianship—Adult ☐ Guardianship—Minor ☐ Mental Health ☐ Other: ___ |

**3. Indicate procedure or remedy, if applicable (may select more than 1):**

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court ☐ Arbitration-related ☐ Attachment ☐ Bill of Review ☐ Certiorari ☐ Class Action | ☐ Declaratory Judgment ☐ Garnishment ☐ Interpleader ☐ License ☐ Mandamus ☐ Post-judgment | ☐ Prejudgment Remedy ☐ Protective Order ☐ Receiver ☐ Sequestration ☐ Temporary Restraining Order/Injunction ☐ Turnover |

**4. Indicate damages sought (do not select if it is a family law case):**

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees.
☐ Less than $100,000 and non-monetary relief
☐ Over $100, 000 but not more than $200,000
☐ Over $200,000 but not more than $1,000,000
☑ Over $1,000,000

IN THE COUNTY COURT AT LAW NUMBER _____
_____ JUDICIAL DISTRICT COURT
EL PASO COUNTY, TEXAS

| | | |
|---|---|---|
| MARIA FONSECA, | } | |
| Plaintiff, | } | |
| v. | } | CAUSE NO. 2020-_____ |
| WILLIAM DOUGLAS ORONA and ELITE POWER AND RECOVERY, INC., | } | |
| | } | |
| Defendants. | | |

### PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES, MARIA FONSECA** hereinafter called Plaintiff, complaining of and about WILLIAM

DOUGLAS ORONA and ELITE POWER AND RECOVERY, INC. hereinafter called Defendants, and for

cause of action shows unto the Court the following:

### DISCOVERY CONTROL PLAN LEVEL

1.       Plaintiff intends that discovery be conducted under Discovery Level 2.

### PARTIES AND SERVICE

2.       Plaintiff is a resident of the State of Texas.

3.       Defendant, WILLIAM DOUGLAS ORONA is a resident of the State of New Mexico.  Said

Defendant may be served with process at the following address: 1805 N. Mesa Road, Belen, New Mexico,

87002.

4.       Defendant, ELITE POWER AND RECOVERY, INC. is a business of the State of New

Mexico.  It may be served by serving any of its authorized representatives or its registered agent Michael J.

Merrell, 1773 Pali Drive, El Paso, Texas 79936.

**JURISDICTION AND VENUE**

5.       The subject matter in controversy is within the jurisdictional limits of this court.

6.       This court has jurisdiction over the parties because the incident occurred in El Paso County, Texas.

**FACTS**

7.       This lawsuit results from an automobile accident that occurred on July 18, 2019, in El Paso, County Texas.  Plaintiff, MARIA FONSECA was the operator of a motor vehicle in El Paso County, Texas, in a reasonable and prudent manner, exercising ordinary care for her safety, and the safety of others when Plaintiff, was struck by a vehicle which was operated by Defendant, WILLIAM DOUGLAS ORONA.  The collision, which was proximately caused by Defendant's negligence, occurred as follows:  The accident occurred in 1800 Joe Battle Blvd. which is Northbound traffic and intersects into 12200 Windermere. Plaintiff was traveling northbound on Joe Battle Blvd. and Defendant was exiting Windermere and entering the mentioned lanes on Joe Battle. Defendant, WILLIAM DOUGLAS ORONA failed to yield the right of way to oncoming traffic colliding with Plaintiff's vehicle causing the collision in question. As a result of the negligent conduct of Defendant and the resulting collision, Plaintiff sustained substantial physical injuries to Plaintiff's person.

**PLAINTIFF'S CLAIM OF NEGLIGENCE
AGAINST DEFENDANT WILLIAM DOUGLAS ORONA**

8.       Defendant, WILLIAM DOUGLAS ORONA, had a duty to exercise the degree of care that a reasonably and careful person would use to avoid harm to others under circumstances similar to those described herein.

9.       Plaintiff's injuries were proximately caused by Defendant's negligent, careless and reckless disregard of said duty.

10.     The negligent, careless and reckless disregard of duty of Defendant, WILLIAM DOUGLAS ORONA consisted of, but is not limited to, the following acts and omissions:

A.      In that Defendant failed to keep a proper lookout for Plaintiff's safety that would have been maintained by a person of ordinary prudence under the same or similar circumstances;

B.      In that Defendant failed to yield as a person of prudent care would have done;

C.      In that Defendant failed to stop his motor vehicle in an effort to avoid the incident complained of;

D.      In that Defendant failed to enter into the lane only when he could have safely entered without interference or collision with other traffic, and specifically, with Plaintiff's motor vehicle.

## NEGLIGENT ENTRUSTEMENT BY DEFENDANT
## ELITE POWER AND RECOVERY, INC.

11.     Defendant, ELITE POWER AND RECOVERY, INC. had a duty to exercise ordinary care in the training and supervision of its employees.  It breached this duty by failing to exercise such care and failing to adequately train and supervise its employees.  Further, Defendant, ELITE POWER AND RECOVERY, INC. was the owner of the 2006 International S-Series driven by WILLIAM DOUGLAS ORONA on the day of the incident with Plaintiff.  Defendant entrusted the vehicle to WILLIAM DOUGLAS ORONA when they knew or should have known that WILLIAM DOUGLAS ORONA was an incompetent or reckless driver.  On this particular occasion WILLIAM DOUGLAS ORONA was in fact negligent in causing the collision with Plaintiff's vehicle.  Defendant, ELITE POWER AND RECOVERY, INC. had a duty to exercise ordinary care in the training and supervision of its employees.  Defendant, ELITE POWER AND RECOVERY, INC. negligent training, supervision, and entrustment proximately caused the injuries and damages made the subject of this lawsuit.

## CAUSE OF ACTION – RESPONDEAT SUPERIOR

12.      At the time of the occurrence in question and immediately prior thereto, Defendant,

WILLIAM DOUGLAS ORONA, was operating said vehicle within the course and scope of his agency and/or

employment for ELITE POWER AND RECOVERY, INC. Plaintiff therefore invokes the doctrine of

Respondeat Superior.

## DAMAGES FOR MARIA FONSECA

13.      As a direct and proximate result of the occurrence made the basis of this lawsuit, MARIA

FONSECA was caused to suffer injuries to her head, neck, back, shoulder and body as a whole, and to

incur the following damages:

A.      Reasonable medical care and expenses in the past in the amount of $55,685.38.  These expenses were incurred by Plaintiff for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such services in El Paso County, Texas;

B.      Physical pain and suffering in the past;

C.      Physical pain and suffering in the future;

D.      Physical impairment in the past;

E.      Physical impairment which, in all reasonable probability, will be suffered in the future;

F.      Mental anguish in the past;

G.      Mental anguish in the future;

## PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff, **MARIA FONSECA** respectfully prays that the

Defendant be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be

entered for the Plaintiff against Defendant, jointly and severally, for damages listed above, together with

pre-judgment interest from the date of injury through the date of judgment at the maximum rate allowed by

law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the

Plaintiff may be entitled at law or in equity.

Respectfully submitted,

THE ENRIQUEZ LAW FIRM, PLLC
1212 Montana Avenue
El Paso, Texas 79902
(915) 351.4331
(915) 351.4339 Facsimile No.

BY:     HUMBERTO S. ENRIQUEZ
        Attorney for Plaintiff
        State Bar No.  00784019

# THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

TO:   **ELITE POWER AND RECOVERY, INC.,** which may be served with process **by serving its registered agent, MICHAEL J. MERRELL, at 1773 PALI DR., EL PASO, TX 79936** or wherever he/she may be found

Greetings:

You are hereby commanded to appear by filing a written answer to the **Plaintiff's Original Petition** at or before ten o'clock A.M. of the Monday next after the expiration of twenty days after the date of service of this citation before the Honorable **34th Judicial District Court,** El Paso County, Texas, at the Court House of said County in El Paso, Texas.

Said Plaintiff's Petition was filed in said court on the 3rd day of December, 2020 by Attorney at Law, HUMBERTO S. ENRIQUEZ, 1212 MONTANA, EL PASO, TX 79902, in this case numbered **2020DCV3880** on the docket of said court, and styled:

**MARIA FONSECA**
**VS**
**WILLIAM DOUGLAS ORONA AND ELITE POWER AND RECOVERY, INC.**

The nature of Plaintiff's demand is fully shown by a true and correct copy of the **Plaintiff's Original Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at El Paso, Texas, on the 8th day of December, 2020.

CLERK OF THE COURT

**NORMA FAVELA BARCELEAU**
District Clerk
El Paso County Courthouse
500 E. San Antonio Ave, RM 103
El Paso, Texas 79901

Attest:   NORMA FAVELA BARCELEAU   District Clerk
El Paso County, Texas

By:_____, Deputy
Veronica Cables

Rule 106: "-the citation shall be served by the officer delivering to each defendant, in person, a true copy of the citation with the date of delivery endorsed thereon and with a copy of the petition attached thereto."

## RETURN

Came on hand on ___28th___ day of ___November___, 20_20_, at __12__ o'clock _by certified mail_
P. M., and executed in ___Bernalillo___ County, Texas by delivering to
each of the within-named defendants, in person, a true copy of this Citation, having first endorsed thereon
the date of delivery, together with the accompanying true and correct copy of the **Plaintiff's Original
Petition**, at the following times and places, to-wit:

| NAME | DATE | | | TIME | | | Place, and Course and Distance |
|------|------|-----|------|------|-----|-----|--------------------------------|
| | MONTH | DAY | YEAR | Hour | Min. | .M. | From Court House |
| Elite Power and | 12 | 14 | 20 | 10.38 | AM | | 2121 Osuna Rd. |
| Recovery, Inc | | | | | | | NE, Albuquerque, |
| by serving its | | | | | | | New Mexico |
| Registered Agent | | | | | | | 87113 |
| Michael J. | | | | | | | |
| Merrell by | | | | | | | |
| Certified mail | | | | | | | |
| See attached | | | | | | | |

And not executed as to the defendant, _____

_____

The diligence used in finding said defendant, being_____

And the cause of failure to execute this process is: _____

And the information received as to the whereabouts of the said defendant, being _____

FEES—SERVING _____ copy _____ $ _____   _____ Sheriff

_____   _____ County, Texas

Total _____ $ _____   by _____, Deputy

## CERTIFICATE OF DELIVERY
I do hereby certify that I delivered to _Elite Power and Recovery Inc by serving its registered_ _Agent Michael J. Merrell by certified mail, see_
_at 2121 Osuna Rd NE Albuquerque NM 87113_ on the _14th_ day of _December_ _attached_,
20_20_, at _10:38_ o'clock _A_ m. this copy of this instrument.

_Yvonn Natividad_ _PSC 00608 EXP10-3112_ Sheriff/Agent
_El Paso_ County, Texas
By _____, Deputy/Agent

SUBSCRIBED AND SWORN TO BEFORE ME ON THE _17_ DAY OF _December_, 20_20_.

(SEAL)

_____
NOTARY PUBLIC, STATE OF TEXAS

FREDERICK VECK
My Notary ID # 5552591
Expires November 5, 2021



**Tracking Number:** 70191120000007050463

Your item was delivered to the front desk, reception area, or mail room at 10:38 am on December 14, 2020 in ALBUQUERQUE, NM 87113.

## ✅ Delivered

December 14, 2020 at 10:38 am
Delivered, Front Desk/Reception/Mail Room
ALBUQUERQUE, NM 87113

**Get Updates** ⌄



Text & Email Updat

Tracking History

Product Informatio



## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.